# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

*Larry Clendenny,* )
)
Plaintiff )
)
)
vs. )
)       Case No. _____
)       *(The case number will be assigned by the clerk)*
*Latoya Hughes - Director (et.al)* )
*Vernon Devitt - Warden (et.al)* )       Compensatory damages In
*Dr. Sherry Jimming - M.O (et.al)* )     The amount of $1,000,000.00
*Stephanie Howard - Health care admin (et.al)* )   Punitive damages in the
*Xiranda Hildebrand - RN (et.al)* )      amount of $1,000,000.00
*Tim Adesoyum - Physician (et.al)* )     Injunctive Relief - no Retaliatory
*B. Yoder - Nurse assistant (et.al)* )   Clause ordered. & Correct Issues
*L. Rosentreeter - Nurse assistant (et.al)* )
*Megan Bottles. (et.al)* )
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

■ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

■ Other federal law: USC 28 for 8th and 14th amendment violation

■ Unknown American with Disabilities Act (Known Type II Diabetes)

## I. FEDERAL JURISDICTION

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: LARRY B. Clendenny

Prison Identification Number: K03315

Current address: 12078 Illinois Road 185 Hillsboro IL 62049

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Latoya Hughes  (et. Al)

Current Job Title: Director of Illinois prisons

Current Work Address 1301 Concordia Court Springfield, Illinois 62706

Defendant #2:

Full Name: Vernon Dewitt  (et. Al)

Current Job Title: Warden of Graham Core Cotr.

Current Work Address 12078 Illinois Road 185 Hillsboro, IL 62049

Defendant #3:

Full Name: Dr. Sherry Simmins (et. Al)

Current Job Title: Doctor - Wexford Health care Sources Inc.

2

Current Work Address 12078 Illinois Rout 185

Hillsboro IL 62049

Defendant #4:

Full Name: Stephanie Howard

Current Job Title: Health Care Administrator

Current Work Address 12078 Illinois Route 185

Hillsboro, IL 62049

Defendant #5:

Full Name: Amanda Hildebrand

Current Job Title: Registered Nurse

Current Work Address 12078 Illinois Route 185

Hillsboro IL 62049

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The *"three strikes rule"* bars a prisoner from bringing a civil action or appeal <u>*in forma pauperis*</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?         Yes ☐         No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐         No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Defendant's

#6) Tim Adesoyna (et.al)
(Title) Physican
(work address) 12078 Illinois Route 185
Hillsboro, IL 62049

#7) B. Yoder (et.al)
(Title) Nursing Assistant
(work address) 12078 Illinois Route 185
Hillsboro, IL 62049

#8) L. Rosentreater (et.al)
(Title) Nursing Assistant
12078 Illinois Route 185
Hillsboro, IL 62049

#9) Megan Battles (et.al)
Title Assistant
12078 Illinois Route 185
Hillsboro, IL 62049

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes  ■    No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

　　　Yes  ■    No  ☐

If your answer is no, explain why not  _____

_____

C. Is the grievance process completed?   Yes  ■    No  ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  I.D.o.c Staff, cs wellcs, Employers, working for Wexford Health Care Sources Inc, acting under the color of State Law violated my 8th & 14th amendment Rights of The United States Federal Constitution, as wellcs, violating the Americans with Disability Act while at Grater Conn. Corten

PS. 1 of 6

## Statement of Claim

Claimant/plaintiff, Larry D. Clendenny # K 03315, an inmate at The Graham Correctional Center, Located at 12078 Illinois Route 185, Hillsboro, Illinois, 62049, while under the Care of Director Latoya Hughes, and warden Vernon Dewitt, both employees' of the State of Illinois, hereby makes a Eighth Amendment Claim, as well as, a fourteenth Amendment Claim, under The United States Constitution, and Article 1 (Section 1 & 2) of The Illinois Constitution (Bill of Rights), that Cruel and unusual punishment was placed upon him by Staffing members Dr. Sherry Simmins, Stephanie Howard, Amanda Hildebrand, Tim Adesanya, B. Yoder, L. Rosentreter, and Megan Battles, all employed by Werford Nealth Care Sources Inc., (et. Al) acting under The Color of State Law, in both their official and Individual Capacities, deprived Claimant of Life, Liberty, or property, being his health, and equal protection under the Law. MR. Larry D. Clendenny hereby States the following, to be a true and accurate account, of the deliberate Indifference that he Suffered by State Illinois officials, or those acting under the Color of State Law, for the Illinois Department of Corrections, as well as, medical malpractice and Medical Negligence, which, nearly took Plaintiffs Life, and has Created permenant and Life Long damage, both physically and with mental anguish. MR. Larry K. Clendenny Seeks declaratory damages Compensatorically

Pg. 2 of 6



In the amount of $ 1,000,000.00 with punitive damages equalling the same $ 1,000,000.00, as well as, Injunctive Relief Requesting The Federal Court to appoint a Illinois Monitor to address Illinois Department of Corrections Health Care Crisis with a No Retaliation Clause issued towards plaintiff.

1) Plaintiff Reported several times to the Graham Correctional Center's Nursing Health Care Unit, with Complaints Concerning his Right Calf, Right leg muscle Cramping and having numbness; or medically termed Nuenopathy. Records Show Dr. Sherry Simmins was aware of This Serious medical need as far back as 1/06/2022. (See exhibit 1 (1-3)), with explicit notations on 8/10/22 by Nursing Assistant B. yoder, 8/11/22 by L. Rosentreter, 8/12/22 by physician Timothy Adesanya & Amanda Hildebrand. (See exhibit 2 (1-50), as well as, Exhibit 3 (49.) Grievance - marked as page 9.)

2) Director of Illinois Department of Corrections — Latoya Hughes, and vernon Dewitt, each knew of Plaintiff's allegations as they each Signed off on Plaintiff's Grievance issues (see exhibit 3 (3) dated 3-17-2023 Signed vernon Dewitt and exhibit 3 (7) dated 5-31-2023, Signed Latoya Hughs.).

3) On 9/9/2022, Plaintiff Suffered a fall which was found to be an Injury of Trimalleolar ankle Fracture. Surgery was immediately

Pg. 3 of 6

performed, in which, a external fixator was placed to keep the foot from further injury. (See exhibit 4 (1+2) and (exhibit 5-medical affidavit & certificate of merit Andrew Ott Dpm -Surgeon.)

4) Due to the severity of the injury, anesthesia and narcotics were used in the performance of this surgery. Side effects from such substances can cause constipation and delayed urinary movement. Therefore, a catheter was placed into patient due to plaintiff's urinary retention trial of void, and subsequently discharged back to the prison setting with follow up orders To see vascular Surgeon Dr. Khumana, for evaluations in regards to blood flow concerning post-op secondary Surgery, and, to set up a appointment for Urologist. (See exhibit 6) - Discharge Summary.

5) Health Care administrator, Stephanie Noward, employee of Wexford Health Care Sources inc, and acting under the color of State Law while working in the Illinois Department of Corrections, is the primary facilitator whose duties are to schedule appointments, and to ensure furloughs are adhered to for follow up treatments. Defendant megan Battles is also an assistant, who in turn, is directed by Health Care administrator Stephanie Noward to perform such duties as Scheduling appointments for follow up treatment and ordering supplies.

Pg. 4 of 6



 9) Wexford Health Care Sources Inc, Employees Stephanie Howard, Dr. Sherry Simmons, Tim Adesanya, Amanda Hildebrand, B. Yoder, L. Rosentreter, and Megan Battles, Acting under the Color of State Law, Failed to follow directions or Orders to:

 A) Set up a appointment to see a Urologist.

 B) Failed to set up a medical furlough with Urologist to Remove Catheter.

 C) Set up a appointment with Vascular Surgeon Dr. Khirana.

 D) Failed to adhere to Surgeon's Recommendation for Vascular Surgeons medical opinion

 E) acted with diliberate Indifference, when each Knowing had Reviewed plaintiff's medical Chart and Could Reasonably Conclude That no appointments were Scheduled or met To treat Plaintiff's ailments, thereby, acting Recklessly and with callous disregard to plaintiff's health and well being & treatment plan.

 F) Failing to adhere to the Urgent Referal and Launch plan for treatment as defined by Wexford's Utilization Management Policy. (See Anderson v. Wexford Health Sources 2023 U.S. Dist. Lexis 57508 Document 168-5 and Document 168-6 exhibit E+F–Southern Dist.) See Also Exhibit 7 (1-3) medical Affidivit and Certificate of merit from Andrew ott Dpm–exhibit 8)

Pg. 5 of 6

7) Due to this failure to properly adhere to Hospital orders, or M.D.'s Instructions, Plaintiff Suffered inreperable harm in that: (A) Foley Catheter was left inside Plaintiff's bladder for three weeks, which in turn caused a serious and Life threatening bacterial infection. Plaintiff was hospitalized in emergency care at St. John's Hospital in Springfield, Illinois for a period of 16 days to Remove Catheter and to Get over the bacterial infection caused by the failing to properly clean/Remove Catheter and see a urologist. (B) by failing to send plaintiff to vascular Surgeon Dr. Khurana to Establish if plaintiff had enough blood supply to forego further Surgery to repair his ankle. Plaintiff was left the mental anguish of possibly Losing his Leg by way of amputation.

8) Plaintiff Consented to have the Second post Surgery performed on 10/26/2022 by Surgeon Kirdnew ott. (See exhibit 9 (1-3) medical affidavit and Certificate of merit, and exhibit 10 (1-5)) Currently, Plaintiff Still Cannot put weight on his foot. Treatment and Therapy have been unsuccessful in allowing plaintiff to become weight bearing and walk long distances. In fact, plaintiffs Condition has worsened and he is Confined To a wheelchair and helper. On going discussions for future treatment have included bone fushion.

9) Wherefore, Plaintiff prays that the Court Find

PG: 6of6

a Cause of action occurred, a statement of
Claim verified and found meritorious, and that
he be allowed to present his Claim to a Jury.
Furthermore, plaintiff respectfully ask the Court
That he be allowed to proceed in forma pauperis,
filing fees to be waived, and that if the justice
magistrate feels this case could go to trial — That
Recruitment of Counsel be issued in helping plaintiff
address his Claims effectively. (See exhibit 11 — plaintiff
has tried to seek Counsel (1-5))

10) Plaintiff encloses a List of outside specialist
and Doctors who either performed or Supervised
additional findings, and facts of the plaintiff's
Claim and Cause of action. Discovery available by
all doctors/surgeons in Appendix Coupled with
Affidavits of work performed/Attestations and or
Certificates of merit.

| | |
|---|---|
| Christopher Cruz, M.D | Respectfully Submitted, |
| Andrew Ott DPM | |
| Aaron Gold M.D | Larry Q. Clendenny |
| Dennis Silver M.D | Larry Q. Clendenny |
| Brenda Calhoun M.D | K03315 |
| Robert Bunke M.D | Graham Corr. Cntr. |
| Micheal Fairedman M.D | 12078 Illinois Rt. 185 |
| Lessman H. RN | Hilsboro, IL 62049 |
| Jason Carmicheel M.D | |
| Mikesa Crawford M.D; Kevin Neal M.D | |

Date(s) of the occurrence   1-6-2022 Throughout 10/26/2022

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Statement of Claim is hereby Included. Respectfully; & Attached to Replace This Page

5

## Relief Requested

To be awarded Compensatory damages by declaratory Judgment in the amount of $1,000,000.00, for Cruel and Unusual Punishment in violation of the 8th Amendment of the United States Constitution, and with additional Sum of $1,000,000.00 for Punitive damages Stemming from diliberate Indifference and mental anguish in violation of The 14th amendment, as well as, the Americans with Disability Act. - Plaintiff also hereby Respectfully ask the Court for Injunctive Relief and appoint a monitor to address the imperfections and flaws of the Illinois Department of Corrections hiring Sub Standard Care and incompetant Contractors Such as Wexford Health Care Sources Inc, and Respectfully ask that this entity be ordered to Correct its policies with due diligence in their hiring process, background Information and qualifications of its Employees both past & present. Plaintiff further ask this Court for Injunctive Relief To avoid Retaliatory issues by the Illinois Department of Corrections for filing this Cause of Action.

Respectfully Submitted

X Larry. Clendeny

7

JURY DEMAND          Yes ■          No ☐

Signed this __21__ day of __July__ , 20 __23__ .

X _Larry Clendenny_
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| LARRY B Clendenny | K03315 |
| Address: 12078 Illinois Park 185  Hillsboro IL 62049 | Telephone Number: N/A - Inmate |

8

Exhibit 1 (1-3)

# HILLSBORO AREA HOSPITAL
# 1200 EAST TREMONT STREET
# HILLSBORO, ILLINOIS 62049

## RADIOLOGY REPORT

Name: CLENDENNY, LARRY        Account Number: 889579       Sex: M
Age: 62                       Admit Date: 1/06/2022        F/C:
Discharge Date:               ACC#: 318374120220106        Date of Birth: 12/1/1959
Type: O                       Phone#: (217) 532-6961       Room #:
Ordering Phys: SHERRY SIMMONS MR#: 88844                   Location:
Referring Phys:               Trans Initial:               Trans Date #:

**\*\* Unverified transcription represents a preliminary report and does not represent a medical or legal document. \*\***

US ANKLE/BRACHIAL INDIC            COMPLETE: 1/06/2022

## EXAM DESCRIPTION:   US ANKLE/BRACHIAL INDIC

**REASON FOR STUDY:**  Intermittent claudication.

**TECHNIQUE:** Brachial blood pressure obtained. Pressures obtained of the peripheral vessels at the level of the ankle.  Ankle brachial indices calculated.

**COMPARISON:**  None available

**FINDINGS:** Segmental pressures on the right are as follows:

Brachial Artery: 199 mm Hg

Posterior Tibial Artery: 180 mm Hg

Dorsal Pedal Artery: 150 mm Hg

ABI is 0.9, mild arterial disease.  Multiphasic waveforms in the posterior tibial and dorsalis pedis arteries.  Great toe pressure of 90 mm Hg for a TBI 0.45, mild arterial disease.

Segmental pressures on the left are as follows:

Brachial Artery: 136 mm Hg

Posterior Tibial Artery: Could not occlude

Dorsal Pedal Artery: 169 mm Hg

Exhib. 7 9 - (2)

# HILLSBORO AREA HOSPITAL

## RADIOLOGY REPORT

Name: CLENDENNY. LARRY    ACC#: 318374120220106    Date of Birth: 12/1/1959
US ANKLE/BRACHIAL INDIC    COMPLETE: 1/06/2022

ABI is 0.85, mild arterial disease. Monophasic waveforms in the posterior tibial artery. Multiphasic waveforms in the dorsalis pedis artery. Great toe pressure of 82 mm Hg for a TBI of 0.41, mild arterial disease.

## IMPRESSION:

- RIGHT ABI:  0.9, mild arterial disease. Multiphasic waveforms in the posterior tibial and dorsalis pedis arteries. Great toe TBI of 0.45, mild arterial disease.
- LEFT ABI:  0.85, mild arterial disease. Monophasic waveforms in the posterior tibial artery. Multiphasic waveforms in the dorsalis pedis artery. Great toe TBI of 0.41, mild arterial disease.
- Discrepant arm pressure with 199 mm Hg on the right and 136 mm Hg on the left.

```
        *** THIS IS AN ELECTRONICALLY VERIFIED FINAL REPORT ***
1/6/2022 10:24 AM
- Electronically signed by Lucas Buckley M.D.
```

Lucas Buckley M.D.

LB: LB
D: 1/6/2022 10:24 AM
T: 1/6/2022 10:24 AM

Report ID: 2573861
Reading Location:  CRPACSDX181

## **Unverified transcription represents a preliminary report and does not represent a medical or legal document.**

Exhibit 1-1 (B)



PID: 88844

RX
DX

09/09/2022 09:08:37
12/01/1959 62 yrs

CLENDENNY, LARRY
Caucasian Male        70 In 212 lb
Account #

Hillsboro Community Hospital
Dept          12
Room
Tech          PC

| Rate | 71 |
| PR | 182 |
| QRSd | 94 |
| QT | 412 |
| QTc | 447 |
| --Axis-- | |
| P | 44 |
| QRS | 44 |
| T | 118 |

Sinus rhythm with premature supraventricular complexes
Incomplete right bundle branch block
T wave abnormality, consider lateral ischemia
Electronically signed by Robert Woodruff at 9-10-2022 16:37:42 CDT

Req Provider:  CRUZ
Order No:
Age:
Ordering MD:
Account #:

- Abnormal ECG -

Confirmed By: Robert Woodruff 09/10/2022 16:37:42



GE MAC 5500-2          25 mm/sec          10.0 mm/mV          0.16 - 150 Hz

Exhibit 2
(1 - 50)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

_____Graham Correctional_____  Center

Offender Information:

Clendenny   LARRY   ID#: K03315
Last Name      First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/22 4A | Lablote: Labs drawn: A+C<br>Drawn from: R+ AC<br>Drawn by: | K03315<br>Clendenny<br>Delunley CMA |
| 8/3/22 12 PM | RN CN Note: ā md indivdual<br>in custody on NS for<br>pulosie incusal Will schedul<br>ē provider for eval + possible<br>renewal | P ASC 8/12/22<br><br>JJ Regurp. |
| 8/10/23 2000 | RN CN I: Seen on NSC<br>for S/R diabetic<br>neuropathy foot/leg<br>pain. | P) 148/69, 94P, 97.6 T,<br>16 R, 96% RA, 185 lbs,<br>PASC 8/16/22 already<br>scheduled. Request<br>neuropathy medication<br>B4 order RN CN 1 |
| | | IBUPROFEN 200MG TAB<br>57299588  GRAHAM, STOCK<br>04/23/22   07/26/22   04/22/23 |
| 8/11/22 10A | RN CN I Note: PASC 8/3/22 Am CC<br>R/S to 8/18/22<br>D/T ф completed on R/s | fBsentrater, RN CNI |

DOC 0084 (Eff. 9/2002<br>(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

_____ **Graham Correctional** _____ **Center**

| Offender Information: |
|---|
| Clendenny            Larry            ID#: K0331_ |
| Last Name            First Name      MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/12/22 | renew prilosce | |
| | PA Sick Call | P. Mosec 20 f |
| 11⁰⁰ | W_____ 201 | Brd p.o |
| | | ① x3 mos |
| | ⌐Uo legverter ② Nyz MrN. |
| | medication | |
| | retu→ Hz y | |
| | GEN; | |
| | O: MA8) abeN; | |
| | One for x3. | |
| | Hz y GEN | TIMOTHY ADESANYA PA |
| | ceal renew Rx. | |
| | A: med vetN < GEN. | |

DOC 0084 (Eff. 9/2_
(Replaces DC 71

**Offender Health Status Transfer Summary**

**Transferring Facility:** GRAHAM Center

**Offender Information:**
Last Name: Glengenny
First Name: Larry
MI:
ID#: Y0331 5

Date: _____ Time: _____ ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA                     Food Handler Approved: _____

Current / Acute Conditions / Problems: Ø

Chronic Conditions / Problems: Ø

**Current Medications** (name, dosage, frequency, and duration):
Acute Short-term:
Chronic Long-term: See Mar
Chronic Psychotropic:

Current Treatments:

Therapeutic Diets: Regular

Follow-Up Care: Routine

Chronic Clinics: HTN DM type II DPN BPH

Specialty Referrals:

Significant Medical History: Slow eat & Bunk

Physical Disabilities / Limitations: diabetic Shoes

Assistive Devices / Prosthetics: _____ ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date: _____ ☐ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☐ Alcohol ☐ Drugs

☐ MEDS ☐ MR ☐ Other

Ratto                     Bottles                     [Signature]                     8/3/22
Health Care Staff and Title                     Signature                     Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____     Date: _____     Time: _____ ☐ a.m. ☐ p.m.

Subjective:     Assessment:
Current Complaint: _____

Current Medications/Treatment: _____

Objective:     Plan: Disposition:
Physical Appearance/Behavior: _____     ☐ Health Information Given     ☐ Emergency Referral: _____
                                          ☐ Sick Call: Urgent / Routine
                                          ☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
Deformities: Acute/Chronic: _____       ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
                                          ☐ Infirmary Placement
T: ___ P: ___ R: ___ B/P: ___ / ___      ☐ Other (specify): _____

Printed Name and Title                     Signature                     Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

                                          ☐ Approved     ☐ Denied
Mental Health Professional Signature and Title     Date

                                          ☐ Approved     ☐ Denied
Health Care Staff Signature and Title     Date

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Chronic Clinic Progress Notes**

Clendenny, Larry                    K03515         Graham
_Offender Last Name, First Name_         _ID #_              _Facility_

| Subjective | Plan/Education |
|---|---|

### Subjective

Date: 8/18/22   Time: 1424

Type of Clinic: ☐ Annual   ☐ Baseline   ☒ Periodic/Semi-Annual

Diagnoses: ☐ Asthma   ☐ General Medicine   ☒ Diabetic   ☐ HTN/Cardiac
☒ Seizure   ☐ Hyperlipidemia   ☐ M.S.
Other _____
Other _____
Other _____

Drug allergies: NKDA

Current medications (Specify any non-compliance in notes)
_[handwritten] Metformin 1000 mg/mL - Sharps Scale_
_Naproxen 500 mg/Tab    Losartan 25_
_Sengloc 80 mg/Tab    5 tab_

Medical History: Is medical history unchanged since last clinic? ☐ Yes ☒ No

Immunization History (check one)

| | Y | Date | N | Unknown | | Y | Date | N | Unknown |
|---|---|---|---|---|---|---|---|---|---|
| Influenza | ☐ | | ☐ | ☐ | HPV | ☐ | | ☐ | ☐ |
| Meningitis | ☐ | | ☐ | ☐ | Hib | ☐ | | ☐ | ☐ |
| Hepatitis A | ☐ | | ☐ | ☐ | Shingles | ☐ | | ☐ | ☐ |
| Hepatitis B | ☐ | | ☐ | ☐ | Tetanus | ☐ | | ☐ | ☐ |
| Pneumococcal | ☐ | | ☐ | ☐ | Varicella | ☐ | | ☐ | ☐ |

Subjective complaints: ∅
Subjective comments:

### Objective:

Current Diet (check one): ☒ General   ☐ Special (describe):
Urgent Care since last clinic? ☐ Y ☒ N   # of Episodes:
Past Intubations/Hospitalizations/Steroids: ∅
Other Pertinent Lab Results: _labs results reviewed_
Asthma Clinic- PFM:
Baseline Cardiac/ All HTN and Baseline Diabetic if 40 or older- EKG results:
Diabetic Clinic- HgA1c: 8.0   Date of eye exam: 8/10/22
Primary Seizure Clinic- Anticonvulsant Levels:
Mainly HTN & Gen Med- Anticoagulant Levels:
ASCVD Risk Score
VS: B/P 106/79   T: 97.1   P: 92 bpm   R: 16   Pulse ox 95%
2nd B/P _____ (5 min apart HTN Baseline Only) Weight 212 lbs   BMI: 30
Objective exams: _[handwritten]_
Dilated fundoscopic exam date:

### Plan/Education

"X" indicates education provided

**Asthma Clinic:**
Non-compliance risks:
☐ Medication
☐ Smoking & Avoidance of Allergens
☐ Proper Inhaler Use (if no relief, come to HCU)
☐ Other:
☐ Pt verbalized understanding

**Cardiac/HTN Clinic:**
Non-compliance risks:
☐ Medication compliance ☐ Diet
☐ Weight Control   ☐ Exercise
☐ Other:
☐ Pt verbalized understanding

**Diabetic Clinic:**
Non-compliance risks:
☒ Diet   ☒ Foot care
☒ Exercise ☒ Non-compliance risks
☒ Medication side effects
☒ S/S hypo/hyperglycemia
☐ Other: _Exercise_
☒ Pt verbalized understanding

**Seizure Clinic**
Non-compliance risks:
☐ Oral Hygiene
☐ Medication compliance
☐ Other:
☒ Pt verbalized understanding

**General Medicine Clinic:**
Education specific to diagnoses:
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____
☐ Pt verbalized understanding

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Chronic Clinic Progress Notes**

| Subjective, Objective, Assessment (continued) | Plan/Education (continued) |
|---|---|

### Assessment

| | | | |
|---|---|---|---|
| Asthma (Severity) | ☐ Intermittent ☐ mild persistent | ☐ mod persistent | ☐ severe persistent |
| Asthma Outcome | ☐ GOOD | ☐ FAIR | ☐ POOR |
| Asthma (Condition) | ☐ Stable (Sta) | ☐ Improving (Imp) | ☐ Deteriorating (Det) |
| HTN/Cardiac Outcome | ☐ GOOD | ☐ FAIR | ☐ POOR |
| HTN/Cardiac (Condition) | ☐ Stable (Sta) | ☐ Improving (Imp) | ☐ Deteriorating (Det) |
| Diabetic Outcome | ☐ GOOD | ☒ FAIR | ☐ POOR |
| Diabetic (Condition) | ☒ Stable (Sta) | ☐ Improving (Imp) | ☐ Deteriorating (Det) |
| Seizure Outcome | ☐ GOOD | ☐ FAIR | ☐ POOR |
| Seizure (Condition) | ☐ Stable (Sta) | ☐ Improving (Imp) | ☐ Deteriorating (Det) |

| | | | |
|---|---|---|---|
| Hyperlipidemia | ☐ GOOD | ☐ FAIR | ☐ POOR |
| | ☐ Stable (Sta) | ☐ Improving (Imp) | ☐ Deteriorating (Det) |
| MS | ☐ GOOD | ☐ FAIR | ☐ POOR |
| | ☐ Stable (Sta) | ☐ Improving (Imp) | ☐ Deteriorating (Det) |

GMC clinic diagnosis: _____

Other Dx: _____

Additional Notes: *[handwritten notes, illegible]*

Rxs active HM 04/6/23, 12/20/22, 07/14/23.

I have reviewed the vaccines listed below with the patient. **Please order vaccine as marked:**

| | | | | |
|---|---|---|---|---|
| ☐ Flu | ☐ Hep A | ☐ Hep B | ☐ HIB | ☐ HPV | ☐ Meningitis |
| ☐ Pneumococcal | ☐ Shingles | ☐ Tetanus | ☐ Varicella | ☐ Other: ___ |

### Plan/Education (continued)

**Asthma Clinic:**
Labs/Orders prior to next clinic:
☐ Annual: _____
☐ Periodic: _____
☐ 2 month f/u (severe persistent)
☐ Flu Vacc   ☐ Pneumo Vacc

**HTN Clinic**
Labs/Orders prior to next clinic:
☐ Annual: Lipid, CMP, UA dip (if dip is abn, send for UA)
☐ Periodic: BMP (IF on ACE inh, ARB, or Diuretic)

**Diabetic Clinic:**
Labs/Orders prior to next clinic:
☒ Annual: Lipid, BMP, A1c, U-Microalbumin UA)
☒ Periodic: HgA1c
☒ Pneumo Vacc
☒ Eye Exam Date: _____

**Seizure Clinic**
Labs/Orders prior to next clinic:
☐ Annual: Anticonvulsant level, CBC & LFT (if Dil/Teg/Dep/PB)
☐ Periodic: Anticonvulsant level, CBC & LFT (if Dil/Teg/Dep/PB)
☐ Low bunk in clinic w/ active seizure d/o

**General Medicine Clinic:**
Labs/Orders prior to next clinic:
☐ Hyperlip Annual- Lipid, CMP
☐ Hyperlip Periodic- Lipid, CMP
☒ MS Annual- CBCd, CMP, UA
☒ MS Periodic- CBCd, CMP (if on immunosuppressive meds)
☐ SC Annual- Retic, CBCd, BMP, LFT, UA
☐ SC Periodic- CBCd, Reticulocyte

Meds/Other Orders: *[handwritten]* discussed on med compliance, diet & exercise.

MD/PA/NP Signature: *[signature]* TIMOTHY ADESANYA  Page 2 of 2

Noted by: *[signature]*  Date: 08/18/22

Noted 8/18/22

Distribution: Offender's Medical Record

DOC 0551 (Rev. 7/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Health Status Transfer Summary**

**Transferring Facility:**

GRAHAM _____ Center

| Offender Information: |
| Clendenny     Larry     ID# K03315 |
| Last Name     First Name     MI |

Date: 8-25-22 _____ Time: _____ ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff)  ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NADA _____ Food Handler Approved: Yes 9-21-21

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: HTN, DM

Current Medications (name, dosage, frequency, and duration):

- Acute Short-term:
- Chronic Long-term:
- Chronic Psychotropic:

Current Treatments: Ø _____ PPD 9-3-21  0mm

Therapeutic Diets: Regular

Follow-Up Care: Routine _____ Moderna Covid Vacc  3-12-21  4-8-21

Chronic Clinics: Ø _____ Moderna Booster  2-1-22

Specialty Referrals: Ø

Significant Medical History: Smokes, HTN, DM type II, DPN, BPH

Physical Disabilities / Limitations: Slow Walking, slow Eating,

Assistive Devices / Prosthetics: ↓ Bunk, Size 9 black shoes, Eye Glasses  ☑ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt Date: _____ ☐ Hx Psych Med ☐ Hx MPC / STC Substance Abuse: ☑ Alcohol ☑ Drugs

| Level: ☐ MEDS ☐ MH ☐ Other _____ |

Vanessa Pace CNA _____ Vanessa Pace _____ 8-25-22
Health Care Staff and Title _____ Signature _____ Date

Reception Screening (completed by receiving facility health care staff)

Facility: _____ Date: _____ Time: _____ ☐ a.m. ☐ p.m.

Subjective: _____ Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective: _____ Plan: Disposition:

Physical Appearance/Behavior: _____
- ☐ Health Information Given    ☐ Emergency Referral: _____
- ☐ Sick Call: Urgent / Routine
  - ☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
Deformities: Acute/Chronic: _____
  - ☐ Work / Program Limitation    ☐ Specialty Referrals    ☐ Other (specify): _____
- ☐ Infirmary Placement
T: _____ P: _____ R: _____ B/P: _____ / _____ ☐ Other (specify): _____

_____
Printed Name and Title _____ Signature _____ Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

_____ ☐ Approved  ☐ Denied
Mental Health Professional Signature and Title _____ Date

_____ ☐ Approved  ☐ Denied
Health Care Staff Signature and Title _____ Date

Distribution: Offender's Medical Record _____ Printed on Recycled Paper _____ DOC 0090 (Rev. 12/2016)
Transferring Facility
Receiving Facility

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

Graham Correctional Center

**Fracture, Dislocation, Sprains**

Offender Information:

Clendenny Larry

Last Name _____ First Name _____ MI

ID#: K03315

9 CODE 3

| Date/Time | Subjective, Objective, Assessment | Plans 0405 |
|---|---|---|
| 9/9/22 0355 | (RN NOTE)  LPN/CMT NOTE | (R) Refer to MD if: call to Baker |
| | S) – When did the injury occur? at this | - Any deformity, severe pain or swelling, discoloration, limited motion, lack of warmth to touch, pulses diminished or absent (symptoms of impaired |
| | - How did it happen? stood time up from bunk | circulation) |
| | - Location of injury? (R) ankle | No MD Referral: see order on back |
| | - Any restriction in range of motion? unable to move | - Cold pack PRN for 24 hrs. |
| | - Pain scale 1 -10? 10/10 | - Splint and elevate extremity - Discuss management of injury with MD on-call if necessary |
| | O) 98.4 P 91 R 18 BP 142/86 WT 212 | - FIRST GIVE – Ibuprofen 200mg 1-2 tabs t.i.d. PRN X 3 days (18 tabs) |
| | - Inspection for anatomical alignment protrusion of appx 2" inner | - Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)  OR |
| | - Presence of swelling Ø on protrusion – | 60mg Toradol IM x 1 |
| | - Presence of discoloration swelling to sides of protrusion | Patient Teaching: |
| | - Skin integrity intact | - Medication use – given |
| | - Check for circulatory integrity pale, intact | - Application of cold |
| | | No weight bearing, elevation |
| | - Capillary refill WNL | - Crutch walking if applicable |
| | - Distil pulses distant | - Safety measures |
| | | - Importance of follow up |
| | - Assess for active ROM unable to perform | Follow-Up: |
| | | Return to sick call for increased pain, numbness or skin color changes. |
| | | Nurse Signature: Bfair RN CNI |
| | A)  R/O Skeletal Injury | Payment voucher  YES  NO |

see next page Back

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

0410 - Im administration (R) gluteal

0420 - Securitz arrives

0435 - Van arrives

0443 - depat

0447 - Report to HAH ER, Jenny.

RBTO - Send to HAH for evaluation via
staff vehicle, RN Requested EMS,
request declined.

Ketoralac 60mg IM x 1 now
& D/C. Given (R) gluteal.

await Dx and tx from
ER physician.
                RBTO Dr. Baker/
              /Blfoder, RN CN/
                    9/9/22
                    0405

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Graham Correctional _____ Center

| Offender Information: | | | |
|---|---|---|---|
| *Clendenny* Last Name | *Larry* First Name | MI | ID#: *K03215* |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/12/22 | NURSE ADMISSION NOTE (ACUTE) CHRONIC | P: UPON ADMISSION: |
| | HISTORY: *DM, HTN, BPH* | 1. STRIP SEARCH: *per security* |
| | AGE:            ROOM: *HCU-A* | 2. NOTIFY HCU ADM. ✓ |
| | TRANSPORTED BY:       ADM FROM: *HAH* | 3.   ORIENTATION TO INFIRMARY: (RULES, CALL LIGHT, PLAN OF TREATMENT) |
| | S: CHIEF COMPLAINT: *dislocated @ankle* | 4.   DIETARY NOTIFIED: TYPE OF DIET: *Reg*   REQUEST SENT: |
| | O: BP: *143/80* PULSE R/A: *92*  R: *22* | 5. MEDICATION ISSUED: *Single* |
| | TEMP: *98'*  WEIGHT: *UTA* Sp02 *95% RA* | |
| | HEART: | 6. TREATMENT INITIATED: *See Orders* |
| | LUNGS: | |
| | SKIN: (circle) (WARM,) DRY, MOIST CLAMMY, N/A | 7. FURLOUGH: *∅* |
| | SPEECH: (circle) (CLEAR)   SLURRED | 8. OTHER: (SPECIFY): |
| | EXTREMITIES: *NWB - RLE* | |
| | MOBILITY:  (circle) AMBULATORY, STEADY, WEAK, SHAKY (LIMITED) | 9. MD NOTIFIED: ✓ |
| | ELIMINATION: URINARY   BOWEL *foley* | 10. ORDERS REC'D *See orders* |
| | MENTAL STATUS: *A+O x 3* | |
| | A. NURSING DIAGNOSIS: *decreased mobility* | |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

12

_____ **Center**

Offender Information:

Clendenny          Larry          ___ ID#: K0331**5**
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/12/22 1330 | RN Note: Individual in custody admitted HCU-A from HAH. A↓ O×3. VSS. External fixator in place til rle. Individual in w/c, transfers to bed 5 difficulty. Foley cath in place draining clear, yellow urine. Denies any needs @ this time. 3/call Cont to monitor. —Abraham RN | ① Aspirin 325 mg daily ② Atorvastatin Calcium 40mg @ bedtime ③ Colace 100mg daily ④ Famotidine 20mg q̄ 12° as needed ⑤ Calcium Antacid 500 mg q̄ 8° as needed ⑥ Finasteride 5mg daily ⑦ Insulin Glagine 80u @ bedtime ⑧ Losartan Potassium 25mg daily ⑨ Novolin-R 5u tid ⑩ Omeprazole 20mg daily ⑪ Hydrocodone 5mg 325mg q̄ 6° as needed. |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

13

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

**Graham Correctional Center**

Offender Information:

_Glendenny    Larry_    ID#: _K03345_

| Last Name | First Name | MI |

| Date/Time | SUBJECTIVE, OBJECTIVE, ASSESSMENT | PLANS |
|---|---|---|
| 09/12/22 17:00 | M.D. ADMISSION NOTE | P: |
| | (Acute Care)          Chronic Care | Vitals: G shift |
| | ADMITTED BY: M.D. ,D.D.S.  (Circle one) | Diet: Reg |
| | PSYCHOLOGIST, N.P., P.A., CONSULTANT | |
| | OTHER:_____ | ACTIVITY: |
| | S: BRIEF HISTORY:  H₂ EMS | ✓ activity per |
| | (R) ankle — | MEDICATION ORDERS: |
| | necessary asymptomatic | Cont. c̄ |
| | | current meds |
| | | I.V. ORDERS: |
| | O: PSYSICAL EXAMINATION: | |
| | (R) dressing | |
| | H₂ ✓ ORIF | OTHER ORDERS: |
| | (R) ankle | Continue c̄ all |
| | | current |
| | | might |
| | A: ADMITTING DIAGNOSIS: | & care. |
| | ORIF (R) ankle | |

Distribution: Offender's Medical Record

DOC 0095 (Eff. 9/2002)
Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Infirmary Progress Notes**

**Graham Correctional Center**

| Offender Information: | | |
|---|---|---|
| | | ID#: |
| Last Name | First Name | MI |

| Date/Time | SUBJECTIVE, OBJECTIVE, ASSESSMENT | PLANS |
|---|---|---|
| | MEDICAL DOCTOR DISCHARGE SUMMARY | |
| | DATE/TIME: | CONDITION OF DIAGNOSIS: |
| | ADMITTED: | |
| | DISCHARGED: | |
| | | LABS/TESTS PERFORMED: |
| | ADMITTING DIAGNOSIS: | |
| | | |
| | | |
| | DISCHARGE DIAGNOSIS: | MEDICATION(S) ON DISCHARGE: |
| | | |
| | BRIEF HISTORY: | |
| | | FOLLOW-UP TREATMENT/PLANS: |
| | | |
| | | |
| | INFIRMARY COURSE: | |
| | | |
| | | |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

_____**GRAHAM CORRECTIONAL**_____ Center

Offender Information:

Clenderry          Larry                    ID#: K03315
  Last Name            First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | NWB - RLE |
| | | Cleanse pin sites |
| | | c̄ alcohol or |
| | | betadine q̄ 2-3days |
| | | or as needed |
| | | Keep pin sites |
| | | covered & wrapped |
| | | c̄ gauze to pre- |
| | | vent infection. |
| | | D/C Hydrocodone |
| | | 5/325mg. |
| | | ① Tylenol #3 |
| | | tid prn x 5days |
| | | Motrin 400mg |
| | | 1-2 tabs tid |
| | | prn x 5days. |
| | | V.O.T. Adisarya, PA |
| 9/12/22 2230 | RN NOTE: Individual in bed during med pass with foot elevated. After med pass individual able to transfer self to w/c to use to phone. Foley draining clear yellow urine. Individual given his HS medication | cont. → |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Infirmary Progress Notes

### GRAHAM CORRECTIONAL Center

Offender Information:

Clendenny          Larry          ID#: K03315
Last Name          First Name     MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/12/22 cont | and asked "What is this medication for? Individual was told one medication was for his cholesterol + the other two where Ibuprofen for Pain Individual then Indicated "I was getting morphine 3x a day in the hospital, this isn't going to work." Explained he has Tylenol #3 ordered q 8° PRN for pain but is not due for the next dose until 0080. Rated his pain a 7/10. A+Ox4 no acute distress, no s/s or infection noted. Compliant with meds. Encourage to use ice to reduce swelling. Verbalized understanding. | P/ cont current POC  Kau Brokenk |
| 9/13/22 | PT resting in bed no acute distress. pt endorsed pain in his ® ankle. pain medication was given during med pass. pt was observed icing his ankle during my shift. | May CNI |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper